1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10   GILBERT H. ROBLES, JR.,        )   CASE NO. ED CV 14-816-R (PJW)
                                    )
11              Petitioner,         )
                                    )   ORDER DISMISSING
12        v.                        )   SECOND OR SUCCESSIVE HABEAS CORPUS
                                    )   PETITION AND DENYING CERTIFICATE
13   BITER,                         )   OF APPEALABILITY
                                    )
14              Respondent.         )
     ───────────────────────────────)

15

16        Before the Court is Petitioner's fourth attempt to challenge his

17   1996 state conviction for second degree murder.  His first petition

18   was denied as untimely.  *See Robles v. Court*, ED CV 12-158-R (PJW),

19   April 26, 2012 Order Accepting Report and Recommendation of United

20   States Magistrate Judge.  This constituted a decision on the merits.

21   *See McNabb v. Yates*, 576 F.3d 1028, 1029-30 (9th Cir. 2009).  His

22   second and third petitions were dismissed as second or successive.

23   *See Robles v. United States*, ED CV 13-284-R (PJW), March 6, 2013 Order

24   Dismissing Second or Successive Petition; *Robles v. Biter*, ED CV 14-

25   662-R (PJW), April 14, 2014 Order Dismissing Second or Successive

26   Petition.  The instant petition, his fourth, is also second and/or

27   successive and is subject to dismissal on that ground.  *See* 28 U.S.C.

28   § 2244; *McNabb,* 576 F.3d at 1029-30 (holding dismissal of habeas

petition for untimeliness renders subsequent petitions second or successive).  Absent an order from the Ninth Circuit Court of Appeals, the Court does not have jurisdiction to entertain a second or successive petition.  *See* 28 U.S.C. § 2244(3)(A).  For that reason, the Petition is dismissed.

Further, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right or that it erred in its procedural ruling and, therefore, a certificate of appealability will not issue in this action.  *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED.

DATED: April 30,  2014.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Temp\notesD30550\Biter_Ord_dismiss_successive pet.wpd

2