UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT H. ROBLES, JR., ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> BITER, ) <br> ) <br> Respondent. ) | CASE NO. ED CV 14-816-R (PJW) <br><br> J U D G M E N T |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed.

DATED: April 30, 2014

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\Biter_Judgment.wpd